UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   CV 25-10463-ODW (RAO)                     Date:   April 7, 2026
Title:        Amber Johnson v. James Spielman et al.

Present:        The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

|  Teagan Snyder  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff(s):                    Attorneys Present for Defendant(s):

N/A                                                                       N/A

**Proceedings:**            (In Chambers) **ORDER TO SHOW CAUSE**

On October 30, 2025, Plaintiff Amber Johnson ("Plaintiff"), proceeding *pro se*, filed a complaint. Dkt. No. 1. Plaintiff concurrently filed a Request to Proceed *In Forma Pauperis* ("IFP Request"). Dkt. No. 3. On January 6, 2026, the Court issued an order postponing a ruling on the IFP Request. *Id.* The Court directed Plaintiff to re-submit an IFP Request with complete responses to all questions. *Id.* The Court also directed Plaintiff to file an amended complaint or a written response. *Id.* Plaintiff's IFP Request and amended complaint or written response were due within 30 days, or by February 5, 2026. To date, Plaintiff has not re-submitted an IFP Request or filed any other response to the Court's January 6, 2026 Order.

**Plaintiff is ordered to show cause in writing by <u>May 7, 2026</u>, why this matter should not be dismissed for failure to comply with the January 6, 2026 Order. Alternatively, Plaintiff may re-submit her IFP Request and an amended complaint or written response to the January 6, 2026 Order by the same deadline.**

:
Initials of Preparer            ts